IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ELIZABETH HATFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02556-SAC -KGS |
| | ) | |
| v. | ) | Judge Crow |
| | ) | Magistrate Judge Sebelius |
| STELLAR RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VOLUNTARILY DISMISS PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, ELIZABETH HATFIELD, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Motion to Voluntary Dismiss, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully requests that this Honorable Court enter an order reflecting that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. Plaintiff requests that the dismissal order relative to the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of said order.

3. Plaintiff further requests that the dismissal order reflect that if this case has not been reinstated within forty-five (45) days from the date of entry of said order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

1

                        Respectfully submitted,
                        **ELIZABETH HATFIELD**

           By: ____s/ D. Matthew Durgin_____
                        Attorney for Plaintiff

Dated: November 3, 2010

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8505 W. 90th Terrace, Suite 100
Overland Park, KS 66212
Telephone:  (913) 908-2313
                 (312) 222-9028
Facsimile:  (888) 418-1277
E-Mail:      mdurgin@smithlaw.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **ELIZABETH HATFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02556-SAC -KGS |
| | ) | |
| v. | ) | **Judge Crow** |
| | ) | **Magistrate Judge Sebelius** |
| **STELLAR RECOVERY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

**To:** Anna M Wenzel
Berman & Rabin
10660 Barkley
Overland Park, KS 66212
awenzel@bermanrabin.com

    I, D. Matthew Durgin, an attorney, certify that on **November 3, 2010**, I shall cause to be served a copy of **Plaintiff's Motion to Voluntarily Dismiss**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

| | | | |
|---|---|---|---|
| ____ | U.S. Mail | ____ | Facsimile |
| ____ | Messenger Delivery | _X_ | Email |
| ____ | Federal Express/UPS | ____ | ECF |

By:    s/ D. Matthew Durgin
       Attorney for Plaintiff

Dated: November 3, 2010

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8505 W. 90th Terrace, Suite 100
Overland Park, KS 66212
Telephone: (913) 908-2313
           (312) 222-9028
Facsimile: (888) 418-1277
E-Mail: mdurgin@smithlaw.us