## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ELIZABETH HATFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-02556-SAC -KGS |
| | ) | |
| v. | ) | Judge Crow |
| | ) | Magistrate Judge Sebelius |
| **STELLAR RECOVERY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

                                                         s/ Sam A. Crow
                                                         Sam A. Crow
                                                         United States District Senior Judge

                                                         Dated: November 17, 2010